AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting | (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|---|
| Conti, Joy F. | | U.S. District Court<br>Western District of PA | 01/25/2002 |

| 4. Title | (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|---|
| U.S. District Judge (nominee) | | X Nomination, Date 01/23/2002 <br><br> ___ Initial ___ Annual ___ Final | 01/01/2001 <br> to <br> 12/31/2001 |

**7. Chambers or Office Address**

Buchanan Ingersoll

One Oxford Ctr, 301 Grant Str.

Pittsburgh, PA 15219-1410

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## . POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | [ ] NONE (No reportable positions.) | |
| 1 | Shareholder | Buchanan Ingersoll Professional Corporation |
| 2 | Secretary | New Jersey Property Title Holdings I, LLC |
| 3 | Secretary and Director | Allegheny County Bar Foundation |

## I. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [ ] NONE (No reportable agreements.) | |
| 1 | 2002 | BIPC Severance Agreement (no actual agreement yet -- the amount will be a sum certain and will not be based upon the sharing of profits earned by (cntd Part 8) |
| 2 | 2002 | BIPC Pension Plan and Profit Sharing Plan (no control) |
| 3 | | |

## II. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | 2001 | Buchanan Ingersoll Professional Corporation | $243,395 |
| 2 | 2000 | Buchanan Ingersoll Professional Corporation | $276,719 |
| 3 | 2001 | Commonwealth Securities and Investments, Inc. (investment banker) | |
| 4 | 2000 | Commonwealth Securities and Investments, Inc. (investment banker) | |

## /. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*ncludes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Bank of America | Credit Card | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

| NANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Conti, Joy F. | Date of Report<br>01/25/2002 |
|---|---|---|

## II. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions   (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1   Brokerage Account #1 | | | | | EXEMPT | | | | |
| 2   Alliance Muni Trust | A | Interest | J | T | EXEMPT | | | | |
| 3   Allegheny County Hospital Authority Bond | B | Interest | K | T | EXEMPT | | | | |
| 4   Sonus Network, Inc. | A | None | J | T | EXEMPT | | | | |
| 5   Neoprobe Corp. stock | | None | J | T | EXEMPT | | | | |
| 6   Superconductor Technologies stock | | None | J | T | EXEMPT | | | | |
| 7   Brokerage Account #2 | | | | | EXEMPT | | | | |
| 8   Cash Account | A | Interest | J | T | EXEMPT | | | | |
| 9   IRA Rollover #1 | E | Int/Div | N | T | EXEMPT | | | | |
| 10   Pershing Government Money Market | | | | | EXEMPT | | | | |
| 11   Alliance Health Mutual Fund | | | | | EXEMPT | | | | |
| 12   Alliance High Yield Bond Fund | | | | | EXEMPT | | | | |
| 13   Ariel Appreciation Mutual Fund | | | | | EXEMPT | | | | |
| 14   Black Rock Small Cap Mutual Fund | | | | | EXEMPT | | | | |
| 15   Babson Small Cap Mutual Fund | | | | | EXEMPT | | | | |
| 16   Davis Financial Mutual Fund | | | | | EXEMPT | | | | |
| 17   Fidelity 500 Index Fund | | | | | EXEMPT | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy F. | 01/25/2002 |

## II. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Fidelity Aggressive Growth Fund | | | | | EXEMPT | | | | |
| 19  Fidelity Growth and Income Mutual Fund | | | | | EXEMPT | | | | |
| 20  Longleaf Partners Mutual Fund | | | | | EXEMPT | | | | |
| 21  TCW Galileo Agressive Growth Mutual Fund | | | | | EXEMPT | | | | |
| 22  Tweedy Brown Global Mutual Fund | | | | | EXEMPT | | | | |
| 23  Vanguard Index 500 Mutual Fund | | | | | EXEMPT | | | | |
| 24  CRM Small Cap Value Mutual Fund | | | | | EXEMPT | | | | |
| 25  AOL stock | | | | | EXEMPT | | | | |
| 26  Alcoa stock | | | | | EXEMPT | | | | |
| 27  Citigroup stock | | | | | EXEMPT | | | | |
| 28  Crown American Realty stock | | | | | EXEMPT | | | | |
| 29  EMC Corp. stock | | | | | EXEMPT | | | | |
| 30  GM-Hughes stock | | | | | EXEMPT | | | | |
| 31  Johnson & Johnson stock | | | | | EXEMPT | | | | |
| 32  Goldman Sachs stock | | | | | EXEMPT | | | | |
| 33  Health Care Properties stock | | | | | EXEMPT | | | | |
| 34  Home Depot, Inc. stock | | | | | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conti, Joy F. | 01/25/2002 |

## II. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 McData Corp. stock | | | | | EXEMPT | | | | |
| 36 Nasdaq 100 stock | | | | | EXEMPT | | | | |
| 37 Pharm. Holder stock | | | | | EXEMPT | | | | |
| 38 Sycamore Network stock | | | | | EXEMPT | | | | |
| 39 Wal-Mart Stores stock | | | | | EXEMPT | | | | |
| 40 Worldcom, Inc. stock | | | | | EXEMPT | | | | |
| 41 Northumberland County PA notes | | | | | EXEMPT | | | | |
| 42 Worldcom, Inc. stock | | | | | EXEMPT | | | | |
| 43 Retirement Plan No. 1 | D | Int/Div | M | T | EXEMPT | | | | |
| 44 Oak Associates Mutual Fund | | | | | EXEMPT | | | | |
| 45 Dollins Symons Mutual Fund | | | | | EXEMPT | | | | |
| 46 Armada Growth Mutual Fund | | | | | EXEMPT | | | | |
| 47 Armada Index Mutual Fund | | | | | EXEMPT | | | | |
| 48 Armada Money Market Fund | | | | | EXEMPT | | | | |
| 49 Fidelity High Yield Fund | | | | | EXEMPT | | | | |
| 50 Janus Worldwide Mutual Fund | | | | | EXEMPT | | | | |
| 51 IRA Rollover #2 | D | Interest | L | W | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy F. | 01/25/2002 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Israel Zero Cpn Bond | | | | | EXEMPT | | | | |
| 53 Retirement Plan No. 2 | D | Int/Div | M | T | EXEMPT | | | | |
| 54 Cref stock mutual fund | | | | | EXEMPT | | | | |
| 55 TIAA Traditional Annuities | | | | | EXEMPT | | | | |
| 56 IRA Rollover #3 | A | Int/Div | L | T | EXEMPT | | | | |
| 57 Pershing Government Money Market | | | | | EXEMPT | | | | |
| 58 Black Rock International Small Cap Mutual Fund | | | | | EXEMPT | | | | |
| 59 Vanguard Index 500 Mutual Fund | | | | | EXEMPT | | | | |
| 60 Global Crossing, Ltd. stock | | | | | EXEMPT | | | | |
| 61 ABB Ltd. ADS stock | | | | | EXEMPT | | | | |
| 62 Intel Corp. stock | | | | | EXEMPT | | | | |
| 63 Jabil Circuit, Inc. stock | | | | | EXEMPT | | | | |
| 64 Micron Technology stock | | | | | EXEMPT | | | | |
| 65 NSDBancorp, Inc. stock | | | | | EXEMPT | | | | |
| 66 Nasdaq 100 stock | | | | | EXEMPT | | | | |
| 67 Neoprobe Corp. stock | | | | | EXEMPT | | | | |
| 68 Sonus Network, Inc. stock | | | | | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conti, Joy F. | 01/25/2002 |

## II. Page 5 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Superconductor Technologies stock | | | | | EXEMPT | | | | |
| 70 Sycamore Networks stock | | | | | EXEMPT | | | | |
| 71 Texas Instruments, Inc. stock | | | | | EXEMPT | | | | |
| 72 IRA #4 | A | Int/Div | K | T | EXEMPT | | | | |
| 73 Pershing Government Mutual Fund | | | | | EXEMPT | | | | |
| 74 Black Rock Micro Cap Mutual Fund | | | | | EXEMPT | | | | |
| 75 Belmont Bancorp. stock | | | | | EXEMPT | | | | |
| 76 Capstone Turbine stock | | | | | EXEMPT | | | | |
| 77 Echelon Corp. stock | | | | | EXEMPT | | | | |
| 78 Exodus Communications stock | | | | | EXEMPT | | | | |
| 79 Neoprobe Corp. stock | | | | | EXEMPT | | | | |
| 80 Superconductor Technologies stock | | | | | EXEMPT | | | | |
| 81 IRA #5 (Mellon Bank CD) | A | Interest | J | T | EXEMPT | | | | |
| 82 Brokerage Account #3 | | | | | EXEMPT | | | | |
| 83 Alliance Muni Money Market Fund | A | Interest | J | T | EXEMPT | | | | |
| 84 Alliance Technology | A | Dividend | J | T | EXEMPT | | | | |
| 85 Black Rock Micro-Cap Mutual Fund | A | Dividend | J | T | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conti, Joy F. | 01/25/2002 |

## II. Page 6  INVESTMENTS and TRUSTS -- income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86   Davis Financial Mutual Fund | | None | J | T | EXEMPT | | | | |
| 87   Federated Communications Tech. Mutual Fund | | None | J | T | EXEMPT | | | | |
| 88   Buffalo Small Cap Mutual Fund | | None | J | T | EXEMPT | | | | |
| 89   Echelon Corp. stock | | None | J | T | EXEMPT | | | | |
| 90   Rite-Aid Corp. stock | | None | J | T | EXEMPT | | | | |
| 91   Superconductor Technologies stock | | None | J | T | EXEMPT | | | | |
| 92   Brokerage Account #4 | | | | | EXEMPT | | | | |
| 93   Bookham Technology stock | | None | J | T | EXEMPT | | | | |
| 94   Superconductor Technologies stock | | None | J | T | EXEMPT | | | | |
| 95   Brokerage Account #5 | | | | | EXEMPT | | | | |
| 96   Federated Communications Mutual Fund | | None | J | T | EXEMPT | | | | |
| 97   Sycamore Network stock | | None | J | T | EXEMPT | | | | |
| 98   Brokerage Account #6 | | | | | EXEMPT | | | | |
| 99   E-New Media Co. stock | | None | J | T | EXEMPT | | | | |
| 100   Brokerage Account # 7 | | | | | EXEMPT | | | | |
| 101   Gabelli Asset Mutual Fund | A | Dividend | K | T | EXEMPT | | | | |
| 102   401(k) | B | Dividend | L | T | EXEMPT | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy F. | 01/25/2002 |

## II. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| .03 Black Rock High Yield Bond Fund | | | | | EXEMPT | | | | |
| 104 Black Rock Mid-Cap Value Fund | | | | | EXEMPT | | | | |
| L05 Black Rock Index Mutual Fund | | | | | EXEMPT | | | | |
| L06 Black Rock Small Cap Growth Fund | | | | | EXEMPT | | | | |
| 107 Black Rock Large Cap Growth Fund | | | | | EXEMPT | | | | |
| 108 Black Rock International Equity Fund | | | | | EXEMPT | | | | |
| 109 Black Rock Large Cap Value Fund | | | | | EXEMPT | | | | |
| 110 Black Rock Small Cap Value Fund | | | | | EXEMPT | | | | |
| 111 | | | | | | | | | |
| 112 | | | | | | | | | |
| 113 | | | | | | | | | |
| 114 | | | | | | | | | |
| 115 | | | | | | | | | |
| 116 | | | | | | | | | |
| 117 | | | | | | | | | |
| 118 | | | | | | | | | |
| 119 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## II.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*licate part of report.)*

RT 2: Parties and Terms re: BIPC Sever, cntd ...the Firm after my departure).

| ЧANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Conti, Joy F. | Date of Report<br>01/25/2002 |

## II.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*licate part of report.)*

RT 2: Parties and Terms re: BIPC Sever, cntd ...the Firm after my departure).

## C. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Joy F. Conti_          Date _January 25, 2002_

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH
### (As Of December 31, 2001)

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | $ | 31 | 868 | Notes payable to banks-secured | $ | 172 | 000 |
| U.S. Government securities-add schedule | | | --- | Notes payable to banks-unsecured | | | --- |
| Listed securities-add schedule | | 100 | 138 | Notes payable to relatives | | | --- |
| Unlisted securities--add schedule (Inmedius, Inc.) | | Not Valued | | Notes payable to others (GMAC car loan) | | 2 | 385 |
| Accounts and notes receivable: Cash due from Buchanan Ingersoll | | 40 | 000 | Accounts and bills due (Monthly) | | 22 | 000 |
| Due from relatives and friends | | | --- | Unpaid income tax | | | --- |
| Due from others | | 50 | 000 | Other unpaid income and interest | | | --- |
| Doubtful | | | --- | Real estate mortgages payable-add schedule | | 620 | 000 |
| Real estate owned-add schedule | | 800 | 000 | Chattel mortgages and other liens payable | | | --- |
| Real estate mortgages receivable | | | --- | Other debts-itemize: | | | --- |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | 23 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| IRA, IRA Rollovers (See Attached Schedule) | 1 | 055 | 169 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 816 | 385 |
| | | | | Net Worth | 1 | 383 | 790 |
| Total Assets | 2 | 200 | 175 | Total liabilities and net worth | 2 | 200 | 175 |